JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEJANDRO DE LA CRUZ-FLORES,

Petitioner,

v.

ICE FIELD OFC DIR LA ERO, et al.,

Respondents.

Case No. 2:26-cv-01019-MEMF-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 29, 2026

HONORABLE MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE